No. 9728. TREASURE STATE PIPE LINE COMPANY, a corporation, Plaintiff and Respondent, *v.* COUNTY OF TOOLE, a municipal corporation of the State of Montana, and

627

MALCOLM P. LYON, as County Treasurer, DEFENDANTS AND APPELLANTS, and THE STATE OF MONTANA, and the STATE BOARD OF EQUALIZATION of the State of Montana, INTERVENORS AND APPELLANTS.

301 Pac. (2d) 967.

Decided Sept. 6, 1956.

*Arnold H. Olsen,* Atty. Gen., and *William F. Crowley,* Asst. Atty. Gen., *H. O. Vralsted,* Tax Counsel Bd. of Equal., Helena, *H. J. Pinsoneault,* Asst. Tax Tax Counsel Bd. of Equal., *W. M. Black,* Co. Atty., Shelby, for appellant.

*Smith & Smith,* Great Falls, for respondent.

Per Curiam.

On written motion of counsel for the respondent and the written consent thereto of the respective counsel for the appellants;

It is ordered that this appeal be and it is hereby dismissed forthwith.

MR. CHIEF JUSTICE ADAIR, and MR. JUSTICES ANGSTMAN and BOTTOMLY, concur.